November 19, 2014

United States Bankruptcy Court
St. Louis Street
Mobile, AL 36602

Re; Case Number 14-03587 James D. Gill, Jr.

Please let the record show that James D. Gill, Jr. address is untrue and not correct he does not live at 5372 Hartley Road, Satsuma, Alabama 36571. As that is his mother's address and he does NOT live there. Please get the correct address as last was shown to be: 1500 Hillcrest Road, Mobile, Alabama 36695 Apt #1312. Also after appearing to today and the Judge honoring the debtors motion to file Chapter 13 for the third time after he continues to play the system for as long as he is allowed to protect him from going to jail for not paying child support and outstanding medical bills. Let the record show he <u>has never filed or submitted to Bankruptcy court the schedules or documentation of income, taxes and bank statements as the law states he has to in order to stay in bankruptcy.</u> In fact he does not have a checking account so there is no record of him making over $100,000 a year. The debtor, James D. Gill, Jr. was order to pay $1600.00 a month for arrears and regular monthly child support. This is my claim that as of today, November 19, 2014, the said debtor owes $8434.00 in child support, he owes $2,800.00 in medical bills as his portion to be paid to Rene' Gill as order by Circuit Court of Mobile County. I do not have an attorney, as I can't not afford one living pay check to pay check. If you have any questions please feel free to give me a call at 251-518-9828.

Rene' Gill
Creditor Claiming Child Support

*Rene' Gill* (signature)