December 1, 2014

Chapter 13 Bankruptcy
Attention: Honorable Judge Margaret A. Mahoney
201 St Louis Street
Mobile, Alabama 36602
[Date]

Re: Request for Case 14-03587 of James D Gill, Jr. to be dismissed

Dear Judge Mahoney:

Please see attached print out from the accounts clerk for child support. I am writing you, requesting that you dismiss the debtor's case 14-03587 for failure to pay the November 2014 child support payment of $600.00. On November 19, 2014 you stated in court he had to pay and it had to be paid on time.

Thank you,

*Rene' Gill*
Rene' Gill

Case 14-03587    Doc 18    Filed 12/02/14    Entered 12/02/14 11:35:04    Desc Main
Document    Page 1 of 2

```
FEV301                    ALABAMA JUDICIAL DATA CENTER           RUN DATE: 12/02/2014
                               MOBILE COUNTY                     PAGE:    1
                              PAYMENT HISTORY                    OPER: CAA

                   FOR THE PERIOD: 09/01/2014 THRU: 12/02/2014
  CASE: DR 2002 501593.00
  STYLE: RENE WHITE GILL VS JAMES DEWAYNE GILL JR
===============================================================================

PAYOR: (0001) - GILL JAMES DEWAYNE JR
-------------------------------------------------------------------------------
ACCT    DATE        TRANSACTION     CHK/RCPT#      AMOUNT/FEE    RECIPIENT
-------------------------------------------------------------------------------
J002  09/30/2014    RECEIPT         97248401       $1000.00/N    GILL RENE WHITE
S001  09/30/2014    RECEIPT         97248402        $600.00/N    GILL RENE WHITE
-------------------------------------------------------------------------------
             SUPPORT         ALIMONY         JUDGMENT        OTHER           TOTAL
-------------------------------------------------------------------------------
RECEIPTS:    $600.00         $0.00           $1000.00        $0.00           $1600.00
  CHECKS:    $0.00           $0.00           $0.00           $0.00           $0.00
-------------------------------------------------------------------------------
OUTS BAL:    $1800.00+       $0.00           $7234.88+       $0.00           $9034.88+
===============================================================================
```

```
**  I, THE UNDERSIGNED CLERK OF THIS COURT, HEREBY   **
**  CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF  **
**  THE PAYMENT HISTORY OF THIS CASE/PAYOR.          **

                    C. Anderson
              -----------------------------
                                    12/02/2014
```

Case 14-03587    Doc 18    Filed 12/02/14    Entered 12/02/14 11:35:04    Desc Main
Document    Page 2 of 2