UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

JAMES DEWAYNE GILL, JR.,                    CASE NO. 14-03587-MAM-13

Debtor.

## **ORDER OF COURT**

This matter came before the Court on the Letter filed by Rene' W. Gill [Doc.14] and the Letter filed by Rene' W. Gill [Doc.18], creditor ("Letters") requesting dismissal of this case.

This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and §1334 and the District Court's Order of Reference. This Court has the authority to enter a final order. Venue is proper. Proper notice was given. Appearances were as noted in the record.

Based on this Court's file, the current posture of this case, the arguments presented, and applicable law, this case is hereby DISMISSED. The Court made findings of facts and conclusions of law orally on the record which are incorporated herein for all purposes. Further, it is hereby ORDERED that there is the imposition of a ninety (90) day injunction prohibiting the Debtor from filing any type of bankruptcy proceeding in any district in the United States of America.

Dated: April 29, 2015

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

1